# Court of Appeals of the State of Georgia

ATLANTA,  August 09, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0088. BENJAMIN S. HOLLBERG, SR. v. THOMAS F. TIERNEY.

Benjamin S. Hollberg, Sr., filed suit against Lamar and Cheryl Romines. While the case remained pending, Hollberg's attorney, Thomas Tierney, moved to withdraw as counsel of record. The trial court granted the motion on April 18, 2024, and Hollberg filed a motion for reconsideration. The trial court denied the motion, and Hollberg filed a pro se notice of appeal from this ruling. We lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below[.]" Here, the orders Hollberg sought to appeal — the order permitting Tierney to withdraw and the order denying Hollberg's subsequent motion for reconsideration — were non-final because the case remained pending in the trial court.[1] Thus, in order to appeal, Hollberg was required to follow the interlocutory appeal procedures, which include obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).

---

[1] The trial court subsequently granted the defendants' motion to dismiss, but the record contains no notice of appeal from this ruling.

Hollberg's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* ___08/09/2024_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*